**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In re Melissa N Lamkin, | ) | |
| | ) | |
| Debtor. | ) | Case No. 14-41460-KSS |
| | ) | Chapter 13 |
| | ) | |

## RESPONSE TO THE CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

Melissa N Lamkin ("Debtor"), through her counsel, Michael J. Watton and the Watton Law Group ("Counsel"), hereby responds to the Chapter 13 Trustee's Motion to Dismiss.

Debtor is making efforts to bring her plan payments fully current forthwith.

Wherefore, the Debtor respectfully requests that the Court deny the Motion to Dismiss.

Date: February 26, 2015

/s/ Jason W. Wilson (for)
Michael J. Watton, Esq.
Jason W. Wilson, Esq.
Watton Law Group
700 North Water Street, Suite 500
Milwaukee, WI  53202
Tel: 314-735-4966
Fax: 314-769-9061
jdrewicz@wattongroup.com
MO State Bar# 64316

Copy through Court's ECF or Mail to:

John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

Office of the United States Trustee
111 South 10th Street, Suite 6.353
St. Louis, MO  63102